UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD HENDERSON (#109504)

CIVIL ACTION

VERSUS

15-804-SDD-EWD

ROBERT TANNER, WARDEN, ET AL.

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated February 16, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's claim asserted against Defendants in their official capacities for monetary damages are dismissed and the *Motion to Dismiss*[3] of Defendants Robert Tanner, Raman Singh, and Preety Singh shall be otherwise denied. Further, this matter shall be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 14 day of March, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 67.
[3] Rec. Doc. 19.